# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2006

129601

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROBERT WAYNE VIEAU,
      Defendant-Appellant.

SC: 129601
COA: 260327
Cheboygan CC: 80-000884-FY

_____/

     On order of the Court, the application for leave to appeal the August 16, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

     CAVANAGH and KELLY, JJ., would remand this case to the Cheboygan Circuit Court for a new trial.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2006

_____
Clerk

d0120